IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES

v.

LORENA MARQUEZ

CRIM. NO. 19-0915

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[X] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons: DEFENDANT HAS BEEN DETAINED AT ESSEX COUNTY CORRECTIONAL CENTER FOR AN EXTENDED PERIOD OF TIME AND DESPERATELY WANTS TO BE SENTENCED SO SHE IS TRANSFERRED TO A SAFER, CLEANER, FED'L INSTITUTION

Accordingly, the proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

Date:  September 2, 2020

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge